D. Blair Clark, ISB No. 1367
Jeffrey P. Kaufman, ISB No. 8022
LAW OFFICE OF D. BLAIR CLARK PC
1513 Tyrell Lane, Suite 130
Boise, ID 83706
Phone: (208) 475-2050
Fax: (208) 475-2055
Email: jeffrey@dbclarklaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 16-01375-DJP |
| WESTERN AUTO SALES, LLC | Chapter 11 |
| Debtor. | |

## MOTION FOR USE OF CASH COLLATERAL

COMES NOW the Debtor, and moves the Court for an order authorizing Debtor the use of cash collateral consisting of income from the operation of its business, as shown on the attached spreadsheet and in this motion hereafter. The funds are needed for the payment of operating expenses for the business and to preserve the business pending final hearing on this Motion. Without use of cash collateral the business could not continue. In support of this Motion, Debtor represents to the Court and parties as follows:

1. On the Filing Date, Debtor filed a bankruptcy petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Idaho. Debtor is operating as a debtor in possession pursuant to the provisions of Chapter 11.

2.      Each of the secured creditors hereafter named are secured by the assets as shown in the attached lien search summary from the Idaho Secretary of State. The creditors with a lien on items of cash collateral are Nextgear Capital, Inc. (F/K/A/ Dealer Services Corporation) ("Nextgear"), Automotive Finance Corporation ("AFC"), and Westlake Flooring Company, LLC ("Westlake"). The security interests of the above-three creditors includes not only perfected purchase money security interests in Debtor's inventory, but also the profits it makes from the sale of its inventory. A copy of the UCC-1 Financing statement for each creditor is attached to this Motion. Each secured creditor is owed as follows:[1]

   ♦   Nextgear Capital, approximately $484,023.69, secured by the 41 vehicles listed on the attached "Nextgear Floored Vehicles" list;

   ♦   AFC, approximately $257,219.44, secured by the 33 vehicles listed on the attached  "AFC Floored Vehicles" list;

   ♦   Westlake Flooring Company, approximately $ 94,141.33, secured by the 11 vehicles listed  on the attached "Westlake Floored Vehicles" list.

Debtor estimates it would be able to liquidate its inventory in a reasonable time from for approximately $1,300,000, which exceeds the value of the flooring creditors' purchase money security interests by $464,616.

3.      Debtor needs the use of the cash collateral to provide for the operation and maintenance of its dealership during the period of administration of this case. This includes

_____

[1] The balances are approximate.

**16-01375-DJP | In re Western Auto Sales, LLC**
**MOTION FOR USE OF CASH COLLATERAL**                                                    **Page 2**

performance of Debtor's obligations to its employees, customers, and parties in interest.

4.      Debtor requires these funds to continue its operations while it seeks to have a

Chapter 11 Plan confirmed by the Court.  Debtor is working on a Plan at the present time.

5.      Debtor will not use cash collateral for expenses other than expenses incurred in

the operation of its business in the ordinary course of business, and as shown in the budget, and

all requirements of any order of the Court.


As required by LBR 4001.1, the following information is given:

*(1) Identity of all entities known to the debtor or trustee, holding or claiming to hold an interest
in cash collateral and a description of such interests.*

The secured creditors known that have a security interest are Nextgear, AFC, and
Westlake; see par. 2 above.  There are no other known entities known to Debtor to have a
security interest in property of the estate.

*(2) Identity of the creditor(s) whose cash collateral is to be utilized and the relationship, if any of
the creditor(s) to the debtor.*

Only Nextgear, AFC, and Westlake.  There is no relationship of any creditor to
Debtor, except that they are existing lenders.

*(3) The amount, nature and source of the cash collateral.*

SEE ATTACHED BUDGET.  The source of cash collateral is from the sale of
Debtor's inventory.

*(4) If interim use is requested, the amount of cash collateral to be used until the time of the final
hearing on the motion to use cash collateral and the amount of cash collateral to be used
thereafter.*

SEE ATTACHED BUDGET.  The amount to be used until the time of a further
hearing is the amount shown in the monthly columns.

*(5) A line-item budget listing projected income and expenses for one year. If interim use is requested, the budget must also include projected income and expenses until the time of the final hearing on the motion.*

SEE ATTACHED BUDGET.  It is expected that this budget is an interim budget but is based on sufficient information that it could likely ripen into a long-term budget.  It does include adequate protection for each flooring company.  Debtor is working on a long-term budget for purposes of the Plan which it expects to file.

*(6) The estimated balance owed to the creditor(s) identified in paragraph (a)(2), as of the date the petition was filed, including any accrued, unpaid interest, cost or fees as provided in the agreement.*

The aggregate estimated balance owed to all three flooring lenders is $835,384.

*(7) If the cash collateral is rent, the amount of the gross and net rent realized each month, a description of the property from which the rent is generated, and an estimate of its fair market value.*

See attached budget and valuation.  None is "rent."

*(8) If the cash collateral is receivables, a description and itemization of such receivables and, if any accounts receivable aging statement exists, the same must be provided to the affected creditor(s) and any party requesting such statement.*

While each flooring lender has a lien on Debtor's accounts receivables, Debtor does not have any current accounts receivables.

*(9) The estimated fair market value, and the basis of the estimate, of the collateral which allegedly secures the creditor's claims.*

Debtor estimates the value of the collateral to be $1,300,000.

*(10) The method or means by which the interests of the creditor are to be adequately protected, and the estimated value, and the basis for the estimate, of any property offered as adequate protection.*

The flooring creditors are to be adequately protected by pro rata share of monthly cash payments of $25,000.  See attached budget.  Adequate protection payments are feasible and Debtor tenders the same to each flooring lender.  Debtor's calculation of the

proposed adequate protection payments is based aggregate amount owed to the flooring lenders, amortized over 37 months at 8.00% interest per annum.

*(11) A statement of whether or not the debtor proposes any provision contained in the Guidelines Regarding Motions to Use Cash Collateral or to Obtain Credit, or Stipulations Regarding the Same which is other than a provision normally approved by the court (under subsection (a) of the Guidelines) and, if so, the provision shall be clearly identified.*

Debtor proposes no such provision.

DATED this 25th day of October, 2016

LAW OFFICE OF D. BLAIR CLARK PC

Jeffrey P. Kaufman, for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the _25th_ day of October, 2016,  I served a true and correct copy of the foregoing on the United States Trustee, the secured creditors and the 20 largest unsecured claims (duplicates omitted), as follows:

US Trustee
ustp.region18.bs.ecf@usdoj.gov

Via first class mail, postage prepaid addressed as follows:

Automotive Finance Corp
13085 Hamilton Crossing Blvd.
Suite 300
Carmel, IN  46032

Nextgear Capital, Inc.
1320 City Center Dr.
Suite 100
Carmel, IN  46032

Westlake Flooring Co., LLC
4751 Wilshire Blvd.
Suite 100
Los Angeles, CA,  90010

20 largest unsecured claims as addressed on the attached list.

_____
Jeffrey P. Kaufman,

Fill in this information to identify the case:

Debtor name    **Western Auto Sales, LLC**

United States Bankruptcy Court for the:    **DISTRICT OF IDAHO**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ADESA 780 South 5600 West Salt Lake City, UT 84104 | | auction fees | | | | $100.00 |
| AGWS PO Box 768 Warrenville, IL 60555 | | Warranty services | | | | $35,000.00 |
| Boise City Utility Billing P.O. Box 2760 Boise, ID 83701 | | utilities | | | | $72.95 |
| Century Link PO Box 29040 Phoenix, AZ 85038 | | Utility | | | | $2,325.64 |
| Chevron & Texaco PO BOX 9560 Concord, CA 94524-1901 | | line of credit | | | | $1,947.64 |
| Cornerstone United 1020 Main Ave. NW Hickory, NC 28601 | | Warranties | | | | $2,384.00 |
| Dent King of Oregon 475 Jasmire Rd. Ontario, OR 97914 | | vehicle services | | | | $490.00 |
| Idaho Power P.O. Box 70 Boise, ID 83707 | | utilities | | | | $701.87 |
| Idaho State Tax Commission PO Box 36 Boise, ID 83720 | | Sales Tax | | | | $57,000.00 |
| iDNS 924 Bergen Ave. Suite 289 Jersey City, NJ 07306-3018 | | Internet services | | | | $45.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Debtor | Western Auto Sales, LLC | | Case number *(if known)* | |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Intermountain Gas Co. PO BOX 64 Boise, ID 83732 | | utilities | | | | $13.50 |
| J & S Transportation 7 N 17th St. Billings, MT 59101 | | transport services | | | | $2,500.00 |
| M & M Wholesale 123 Bomar Ave Fort Worth, TX 76103 | | supplies | | | | $142.50 |
| McDowell's Specialty Repair 10443 W. Fairview Ave Boise, ID 83704 | | vehicle repair services | | | | $1,769.62 |
| National Safe Drivers 800 Yamato Road Boca Raton, FL 33431 | | Gap insurance | | | | $356.00 |
| Norco, Inc 1125 W. Amity Rd. Boise, ID 83705 | | equipment | | | | $589.25 |
| Pacific Mobile Structures 5305 W. Diamond St. Boise, ID 83705 | | Rent | | | | $801.90 |
| Performance Electric, LLC 6097 Kuna Rd. Kuna, ID 83634 | | electrical contracting services | | | | $2,053.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**IDAHO SECRETARY OF STATE**
**02/26/2008 05:00**
CK: 1306095 CT: 1577 BH: 1101381
1 @ 6.00 = 6.00 UCC1 FILE # 2
**Filing Number:**
B 2008-1041977-7

A. NAME & PHONE OF CONTACT AT FILER [optional]
Phone:(800) 331-3282 Fax: (818) 662-4141

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)

16554 DEALER SERVICE

UCC Direct Services          13530011
P.O. Box 29071
Glendale, CA 91209-9071      IDID

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| MARTELL | TODD | ROBERT | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2770 S. ORCHARD ST. | BOISE | ID | 83705 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| WESTERN AUTO SALES | | | |

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2770 S. ORCHARD ST. | BOISE | ID | 83705 | USA |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | SOLE-PROP | ID | ☒ NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| DEALER SERVICES CORPORATION | | | |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 11555 NORTH MERIDIAN SUITE 220 | CARMEL | IN | 46032 | USA |

4. This FINANCING STATEMENT covers the following collateral:

All Debtor s assets and properties wherever located, including without limitation all equipment of any kind or nature, all vehicles, vehicle parts and inventory now owned or hereafter acquired, without limitation, purchase money inventory, the purchase of which was financed or floorplanned by Dealer Services Corporation for Debtor of whatever kind or nature, and all returns, repossessions, exchanges, substitutions, attachments, additions, accessions, accessories, replacements, and proceeds thereof; all accounts receivable, chattel paper, and general intangibles now owned or hereafter acquired by Debtor together with the proceeds thereof; all of Debtor s documents, books and records relating to the forgoing.

| 5. ALTERNATIVE DESIGNATION [if applicable] | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum    [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional] | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |
|---|---|---|---|---|

8. OPTIONAL FILER REFERENCE DATA
13530011                    36908                    129

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

Prepared by UCC Direct Services, P.O. Box 29071,
Glendale, CA 91209-9071  Tel (800) 331-3282

# UCC FINANCING STATEMENT **AMENDMENT**

ELECTRONIC FILING*

A. NAME, PHONE, EMAIL, FAX OF CONTACT AT FILER:
Gisella Melendez  |  800-331-3282  |  efiling@wolterskluwer.com  |  818-662-4141

B. SEND ACKNOWLEDGMENT TO: (Name and Address)
UCC Direct Services
P.O. Box 29071
Glendale,  CA  91209-9071

IDAHO SECRETARY OF STATE
10/24/2012 09:45:53:44
$3.00
Filing Number:
B 6590917

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
B 200810419777

1b. This FINANCING STATEMENT AMENDMENT is to be filed
[ ] (for record) (or recorded) in the REAL ESTATE RECORDS.

2. [ ] TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. [X] CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. [ ] ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects [ ] Debtor or [ ] Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

[ ] CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c. | [ ] DELETE name: Give record name to be deleted in item 6a or 6b. | [ ] ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d - 7g (if applicable).

6. CURRENT RECORD INFORMATION:

OR | 6a. ORGANIZATION'S NAME:
| 6b. LAST NAME: | FIRST NAME: | MIDDLE NAME: | SUFFIX:

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral [ ] deleted or [ ] added, or give entire [ ] restated collateral description, or describe collateral [ ] assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here [ ] and enter name of DEBTOR authorizing this Amendment.

OR | 9a. ORGANIZATION'S NAME:
DEALER SERVICES CORPORATION
| 9b. LAST NAME: | FIRST NAME: | MIDDLE NAME: | SUFFIX:

10. OPTIONAL FILER REFERENCE DATA:
ID-0-35348952-46896749

13. Use this space for additional information.
LIEN CONTINUATION - new expiration date is 02/26/2018

*Electronically generated from original XML Document

## UCC FINANCING STATEMENT AMENDMENT

| NAME & PHONE OF CONTACT AT FILER (optional) | IDAHO SECRETARY OF STATE |
|---|---|
| Gisella Melendez 800-331-3282 | 8/2/2013 10:19:07:38 |
| E-MAIL CONTACT AT FILER (optional) | $3.00 |
| efiling@wolterskluwer.com | Filing Number: |
| SEND ACKNOWLEDGEMENT TO: (Name and Address) | B 6605455 |
| UCC Direct Services<br>P.O. Box 29071<br>Glendale CA 91209-9071 USA | |

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
B 200810419777

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement.

**3.** ☐ **ASSIGNMENT:** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9. For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**5.** ☒ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:      AND   Check one of these three boxes to:

This Change affects ☐ Debtor or ☒ Secured Party of record

☒ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c    ☐ ADD name: Complete item 7a or 7b, and item 7c    ☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| | |
|---|---|
| 6a. ORGANIZATION'S NAME | |
| OR   DEALER SERVICES CORPORATION | |

| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME |
|---|
| OR   NEXTGEAR CAPITAL, INC. |

| 7b. INDIVIDUAL'S SURNAME |
|---|
| |
| FIRST PERSONAL NAME |
| |
| ADDITIONAL NAME(S)/INITIAL(S)     SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1320 City Center Dr, Suite 100 | Carmel | IN | 46032 | USA |

**8.** ☐ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

**9. Name of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment). If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME |
|---|
| OR   DEALER SERVICES CORPORATION |

| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

**10. OPTIONAL FILER REFERENCE DATA:**
ID-0-39240925-47663433

**18. MISCELLANEOUS FILING OFFICE INFORMATION:**
SEC PARTY NAME/ADDR CHANGE

Electronically generated from original XML Document

## UCC FINANCING STATEMENT AMENDMENT

| | |
|---|---|
| NAME & PHONE OF CONTACT AT FILER (optional)<br>Gisella Melendez 800-331-3282<br><br>E-MAIL CONTACT AT FILER (optional)<br>efiling@wolterskluwer.com<br><br>SEND ACKNOWLEDGEMENT TO: (Name and Address)<br>UCC Direct Services<br>P.O. Box 29071<br>Glendale CA 91209-9071 USA | IDAHO SECRETARY OF STATE<br>10/11/2013 11:08:55:52<br>$3.00<br>Filing Number:<br>B 6609275 |

| | |
|---|---|
| 1a. INITIAL FINANCING STATEMENT FILE NUMBER<br>B 200810419777 | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Filer: <u>attach</u> Amendment Addendum (Form UCC3Ad) <u>and</u> provide Debtor's name in item 13 |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement.

3. ☐ **ASSIGNMENT:** (full or partial): Provide name of Assignee in item 7a or 7b, <u>and</u> address of Assignee in item 7c <u>and</u> name of Assignor in item 9. For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

5. ☒ **PARTY INFORMATION CHANGE:**

Check <u>one</u> of these two boxes:   AND  Check <u>one</u> of these three boxes to:

☒ This Change affects ☒ Debtor <u>or</u> ☐ Secured Party of record
   ☐ CHANGE name and/or address: Complete item 6a or 6b; <u>and</u> item 7a or 7b <u>and</u> item 7c
   ☒ ADD name: Complete item 7a or 7b, <u>and</u> item 7c
   ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only <u>one</u> name (6a or 6b)

| | | | |
|---|---|---|---|
| 6a. ORGANIZATION'S NAME | | | |
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only <u>one</u> name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| | | | |
|---|---|---|---|
| 7a. ORGANIZATION'S NAME<br>WESTERN AUTO SALES, LLC | | | |
| 7b. INDIVIDUAL'S SURNAME | | | |
| FIRST PERSONAL NAME | | | |
| ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 9775 W FAIRVIEW | BOISE | ID | 83704 | USA |

8. ☐ **COLLATERAL CHANGE:** Also check <u>one</u> of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

9. Name of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT: Provide only <u>one</u> name (9a or 9b) (name of Assignor, if this is an Assignment). If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| | | | |
|---|---|---|---|
| 9a. ORGANIZATION'S NAME<br>NEXTGEAR CAPITAL, INC. | | | |
| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:
ID-0-40226551-47856228

18. MISCELLANEOUS FILING OFFICE INFORMATION:
ADDITION OF DEBTOR

Electronically generated from original XML Document

## UCC FINANCING STATEMENT

| NAME & PHONE OF CONTACT AT FILER (optional) | IDAHO SECRETARY OF STATE |
|---|---|
| Gisella Melendez 800-331-3282 | 10/11/2013 11:10:10:44 |
| E-MAIL CONTACT AT FILER (optional) | $3.00 |
| efiling@wolterskluwer.com | Filing Number: |
| SEND ACKNOWLEDGMENT TO:  (Name and Address) | B 2013-1130414-1 |
| UCC Direct Services | |
| P.O. Box 29071 | |
| Glendale CA 91209-9071 USA | |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| WESTERN AUTO SALES, LLC | | | |

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 9775 W FAIRVIEW | BOISE | ID | 83704 | USA |

3. SECURED PARTY'S NAME:  (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| NEXTGEAR CAPITAL, INC. | | | |

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1320 CITY CENTER DR., STE 100 | CARMEL | IN | 46032 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

All Debtors assets and properties wherever located, including without limitation all equipment of any kind or nature, all vehicles, vehicle parts and inventory now owned or hereafter acquired, without limitation, purchase money inventory, the purchase of which was financed or floorplanned by NextGear Capital, Inc. for Debtor of whatever kind or nature, and all returns, repossessions, exchanges, substitutions, attachments, additions, accessions, accessories, replacements, and proceeds thereof; all accounts, accounts receivable, chattel paper, and general intangibles now owned or hereafter acquired by Debtor together with the proceeds thereof; all of Debtors documents, books and records relating to the forgoing.

5. Check only if applicable and check only one box: ☐ held in a Trust (see UCC1Ad, item 17 and instructions)   ☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box: | 6b. Check only if applicable and check only one box: |
|---|---|
| ☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ Debtor is a Transmitting Utility | ☐ Agricultural Lien  ☐ Non-UCC Filing |

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
ID-0-40226576-47856234

Electronically generated from original XML Document

ID SOS UCC ONLINE FILING # B 2012-1115231-4

# UCC FINANCING STATEMENT

ELECTRONIC FILING*

| A. NAME, PHONE, EMAIL, FAX OF CONTACT AT FILER: | |
| --- | --- |
| ——  |  ——   |   MANDI.BYBEE@AUTOFINANCE.COM   |   —— | |

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
AUTOMOTIVE FINANCE CORPORATION
13085 HAMILTON CROSSING BLVD, SUITE 300
CARMEL, IN  46032

IDAHO SECRETARY OF STATE
**11/14/2012 06:56**
$3.00
Filing Number:
**B 2012-1115231-4**
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

---

**1. DEBTOR'S EXACT FULL LEGAL NAME: - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

OR
| 1a. ORGANIZATION'S NAME: | | | | |
| --- | --- | --- | --- | --- |
| WESTERN AUTO SALES, LLC | | | | |
| **1b.** LAST NAME: | FIRST NAME: | | MIDDLE NAME: | SUFFIX: |

| 1c. MAILING ADDRESS: | CITY: | STATE: | POSTAL CODE: | COUNTRY: |
| --- | --- | --- | --- | --- |
| 9775 WEST FAIRVIEW | BOISE | ID | 83704 | USA |

| 1d. TAX D #: SSN OR TIN | ADD'L INFO RE ORGANIZATION DEBTOR: | 1e. TYPE OF ORG: LIMITED LIABILITY COMPANY | 1f. JURISDICTION OF ORG: IDAHO | 1g. ORGANIZATIONAL ID #: (if any) W117806 |
| --- | --- | --- | --- | --- |

---

**3. SECURED PARTY'S NAME: (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) -- insert only one secured party name (3a or 3b)**

OR
| 3a. ORGANIZATION'S NAME: | | | | |
| --- | --- | --- | --- | --- |
| AUTOMOTIVE FINANCE CORPORATION | | | | |
| **3b.** LAST NAME: | FIRST NAME: | | MIDDLE NAME: | SUFFIX: |

| 3c. MAILING ADDRESS: | CITY: | STATE: | POSTAL CODE: | COUNTRY: |
| --- | --- | --- | --- | --- |
| 13085 HAMILTON CROSSING BLVD, SUITE 300, WWW.AFCDEALER.COM | CARMEL | IN | 46032 | USA |

---

**4. This FINANCING STATEMENT covers the following collateral:**
ALL OF DEBTORS ASSETS AND PROPERTIES WHEREVER LOCATED, INCLUDING WITHOUT LIMITATION: (A) ACCOUNTS; CHATTEL PAPER; DEPOSIT ACCOUNTS; DOCUMENTS; EQUIPMENT, FIXTURES, INVENTORY, AND OTHER GOODS; GENERAL INTANGIBLES; INSTRUMENTS; INSURANCE POLICIES; INVESTMENT PROPERTY; LETTER OF CREDIT RIGHTS; MONEY; SOFTWARE; SUPPORTING OBLIGATIONS; AND TITLES, NOW OWNED OR HEREAFTER ACQUIRED BY DEBTOR, (B) ANY AND ALL PROCEEDS, PRODUCTS, ADDITIONS, ACCESSIONS, ACCESSORIES, AND REPLACEMENTS OF THE FOREGOING, AND (C) ALL OF DEBTORS COMPUTER RECORDS, BUSINESS PAPERS, LEDGER SHEETS, FILES, BOOKS, AND RECORDS RELATING TO THE FOREGOING, NOW OWNED OR HEREAFTER ACQUIRED.

---

**5. ALTERNATIVE DESIGNATION (if applicable):**
[ ] LESSEE/LESSOR    [ ] CONSIGNEE/CONSIGNOR    [ ] BAILEE/BAILOR    [ ] SELLER/BUYER

**6.** [ ] This FINANCING STATEMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS.  Attach Addendum (if applicable)    **7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s) (ADDITIONAL FEE) (optional)  [ ] All Debtors  [ ] Debtor 1  [ ] Debtor 2

**8. OPTIONAL FILER REFERENCE DATA:**
152005MB

*Electronically generated from original XML Document

## UCC FINANCING STATEMENT AMENDMENT

| NAME & PHONE OF CONTACT AT FILER (optional) | IDAHO SECRETARY OF STATE |
|---|---|

NAME & PHONE OF CONTACT AT FILER (optional)
AUTOMOTIVE FINANCE CORPORATION
3178434777

E-MAIL CONTACT AT FILER (optional)
JAN.FORTON@AUTOFINANCE.COM

SEND ACKNOWLEDGEMENT TO: (Name and Address)
AUTOMOTIVE FINANCE CORPORATION
13085 HAMILTON CROSSING BLVD S
CARMEL IN 46032 USA

IDAHO SECRETARY OF STATE
08/01/2016 12:10:54
$3.00
Filing Number:
B 6661834

1a. INITIAL FINANCING STATEMENT FILE NUMBER
B 2012-1115231-4

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement.

3. ☐ ASSIGNMENT: (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9. For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

5. ☐ PARTY INFORMATION CHANGE:

Check one of these two boxes:      AND   Check one of these three boxes to:

This Change affects ☐ Debtor or ☐ Secured Party of record

☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

7b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S)                                    SUFFIX

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

8. ☒ COLLATERAL CHANGE: Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☒ RESTATE covered collateral ☐ ASSIGN collateral

Indicate collateral:
ALL OF DEBTORS ASSETS AND PROPERTIES WHEREVER LOCATED, INCLUDING
WITHOUT LIMITATION: ACCOUNTS, CHATTEL PAPER, DEPOSIT ACCOUNTS,
DOCUMENTS, EQUIPMENT, FIXTURES, INVENTORY AND OTHER GOODS, GENERAL
INTANGIBLES, INSTRUMENTS, INSURANCE POLICIES, INVESTMENT PROPERTY, LETTER
OF CREDIT RIGHTS, MONEY, SOFTWARE, SUPPORTING OBLIGATIONS, AND TITLES, NOW
OWNED OR HEREAFTER ACQUIRED BY DEBTOR; ANY AND ALL PROCEEDS, PRODUCTS,
ADDITIONS, ACCESSIONS, ACCESSORIES, AND REPLACEMENTS OF THE FOREGOING;
AND ALL OF DEBTORS COMPUTER RECORDS, BUSINESS PAPERS, LEDGER SHEETS,
FILES, BOOKS, AND RECORDS RELATING TO THE FOREGOING, NOW OWNED OR
HEREAFTER ACQUIRED.

9. Name of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment). If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

9a. ORGANIZATION'S NAME
AUTOMOTIVE FINANCE CORPORATION

OR

| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

**10. OPTIONAL FILER REFERENCE DATA:**

152005JF WESTERN AUTO SALES, LLC

**18. MISCELLANEOUS FILING OFFICE INFORMATION:**

Collateral Modify

Electronically generated from original XML Document

## UCC FINANCING STATEMENT

| NAME & PHONE OF CONTACT AT FILER (optional) | IDAHO SECRETARY OF STATE |
|---|---|
| WESTLAKE FLOORING COMPANY, LLC | 06/20/2016 09:17:05 |

E-MAIL CONTACT AT FILER (optional)
MRHODES@WFS-FLOORING.COM

$3.00
Filing Number:

SEND ACKNOWLEDGEMENT TO: (Name and Address)
WESTLAKE FLOORING COMPANY, LLC
4751 WILSHIRE BLVD, SUITE 100
LOS ANGELES CA 90010 USA

B 2016-1177209-2

---

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| WESTERN AUTO SALES, LLC | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 8520 W. FAIRVIEW AVE. | BOISE | ID | 83704 | |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| WESTERN AUTO SALES, LLC | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 9986 FAIRVIEW AVE. | BOISE | ID | 83704 | |

3. SECURED PARTY'S NAME: (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| WESTLAKE FLOORING COMPANY, LLC | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 4751 WILSHIRE BLVD. | LOS ANGELES | CA | 90010 | |

4. COLLATERAL: This financing statement covers the following collateral:

ALL ASSETS OF THE DEBTOR NOW OWNED OR HEREAFTER ACQUIRED, INCLUDING BUT NOT LIMITED TO, ALL ACCOUNTS; ALL EQUIPMENT, GOODS, FIXTURES, AND INVENTORY, INCLUDING ALL VEHICLES, VEHICLE PARTS AND INVENTORY NOW OWNED OR HEREAFTER ACQUIRED OR WHEREVER LOCATED, WITHOUT LIMITATION, PURCHASE MONEY INVENTORY, THE PURCHASE OF WHICH WAS FINANCED OR FLOORPLANNED BY SECURED PARTY FOR DEBTOR(S); ALL DOCUMENTS, INSTRUMENTS AND CHATTEL PAPER; ALL LETTERS OF CREDIT AND LETTER-OF-CREDIT RIGHTS; ALL SECURITIES COLLATERAL; ALL INVESTMENT PROPERTY; ALL INTELLECTUAL PROPERTY COLLATERAL; ALL GENERAL INTANGIBLES; ALL MONEY AND ALL DEPOSIT ACCOUNTS; ALL BOOKS AND RECORDS, CUSTOMER LISTS, CREDIT FILES, COMPUTER FILES, PROGRAMS, PRINTOUTS AND OTHER COMPUTER MATERIALS AND RECORDS RELATING TO ANY OF THE FOREGOING; ALL MOTOR VEHICLES; AND TO THE EXTENT NOT COVERED BY THE FOREGOING, ALL PROCEEDS AND PRODUCTS OF EACH OF THE FOREGOING AND ALL ACCESSIONS TO, SUBSTITUTIONS AND REPLACEMENTS FOR, AND RENTS, PROFITS AND PRODUCTS OF, EACH OF THE FOREGOING, AND ANY AND ALL PROCEEDS OF ANY INSURANCE, INDEMNITY, WARRANTY OR GUARANTY WITH RESPECT TO ANY OF THE FOREGOING.

5. Check only if applicable and check only one box: ☐ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box: | 6b. Check only if applicable and check only one box: |
|---|---|
| ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ Debtor is a Transmitting Utility | ☐ Agricultural Lien ☐ Non-UCC Filing |

B 2016-1177209-1

| 7. ALTERNATIVE DESIGNATION (if applicable): | ☐ Lessee/Lessor | ☐ Consignee/Consignor | ☐ Seller/Buyer | ☐ Bailee/Bailor | ☐ Licensee/Licensor |

| 8. OPTIONAL FILER REFERENCE DATA: |

Electronically generated from original XML Document

Western Auto Sales
Nextgear floored vehicles

| Vehicle | VIN | Pay Off Amount |
|---|---|---|
| 2012 Ford F350SD XL | 1FT8X3B60CEB70903 | $15,253.08 |
| 2009 Ford F150 Lariat | 1FTPW14V09FB23994 | $15,757.81 |
| 2009 Chevy Avalanche LS | 3GNFK12019G1967 | $13,294.54 |
| 2009 GMC Sierra 1500 SLE | 3GTEK13339G197010 | $17,179.91 |
| 2008 GMC Sierra 1500 SLT | 2GTEK 133281196759 | $19,820.94 |
| 2004 Ford F450SD XLT | 1FDXW47P84EB54421 | $7,778.85 |
| 2012 Dodge Journey R/T | 3C4PDDFG2CT334469 | $10,145.62 |
| 2015 Chrysler 200 | 1C3CCAB5FN688423 | $11,150.99 |
| 2008 Ford F350 SD XL | 1FTWW31R28EB37866 | $11,699.18 |
| 2005 Ford F250SD XL | 1FTSW21P85EB14658 | $8,464.41 |
| 2008 Ford F250SD XL | 1FTSW21548ED43504 | $9,823.56 |
| 2011 FORD F205SD XL | 1FT7W2BT5BEA | $16,492.42 |
| 2010 Ford F450SD XL | 1FTXW4DR2AEA44227 | $18,499.42 |
| 2006 Ford F350SD XL | 1FTWW31P96EC07486 | $5,110.01 |
| 2011 Ford350SD XLT | 1FT7W3BT6BED07023 | $11,036.30 |
| 2005 Truck Camper Lance 1191 | 7/26/2332 | $9,839.93 |
| 2007 Ford F350SD XL | 1FTWW31P87EA13064 | $11,302.55 |
| 2006 Ford F350SD XL | 1FTWW31PX6ED08519 | $10,529.52 |
| 2008 Ford F350SD XL | 1FTWW31R98EC72018 | $13,721.36 |
| 2007 GMC Yukon XL 1500 SLE | 1GKFK16307J211347 | $11,253.44 |
| 2004 Ford F250SD XL | 1FTNW21P04EB08008 | $9,884.77 |
| 2008 Ford F250SD XL | 1FTSW21R88ED08967 | $12,617.58 |
| 2016 Chrysler 200 Sedan | 1C3CCAB4GN126708 | $12,840.62 |
| 2015 Dodge Dart | 1C3CDFBB7FD344563 | $10,713.75 |
| 2015 Kia Rio | KNADM4A35F6455578 | $9,199.51 |
| 2010 Ford Expedition | 1FMJK1K54AEA34343 | $12,556.54 |
| 2010 Chevy Silverado 2500 LT | 1GC4KXBG5AF106425 | $9,067.32 |
| 2011 Ram 1500 SLT | 1D7RV1GT1BS600909 | $9,067.32 |
| 2010 Ford F350SD XL | 1FTWW3BR4AEA04918 | $13,277.21 |
| 2008 Ford F450SD Lariat | 1FTXW43R68EA88646 | $13,277.21 |
| 2015 Volkswagen Jetta SE | 3VWD17AJ4FM294648 | $11,612.89 |
| 2009 GMC Sierra 1500 SLE | 3GTEK13C59G279708 | $10,251.18 |
| 2007 Ford F150 XLT | 1FTRW14W47FA53351 | $8,229.38 |
| 2014 Volkswagen Jetta | 3VWD17AJ5EM312332 | $10,584.19 |
| 2006 Ford F350SD Lariat | 1FTWX31P96ED41363 | $10,190.47 |
| 2004 Ford F250SD Lariat | 1FTNW21P24EC10765 | $8,480.86 |
| 2005 Dodge Ram 3500 Laramie | 3D7LR38C65G726697 | $13,298.31 |
| 2007 Ford F350SD XLT | 1FTWW33P97EA56017 | $11,190.16 |
| 2007 Ford F150 Harley Davidson | 1FTPW14V97FA81693 | $11,393.72 |
| 2004 Ford F350 Harley Davidson | 1FSW31P94EC50172 | $11,493.99 |
| 2012 Chevy Silverado LT | 3GCPKSE71CG126412 | $16,642.87 |
| | Total | $484,023.69 |

Western Auto Sales
AFC floored vehicles

| Vehicle | VIN | Pay Off Amount |
|---|---|---|
| Ford F250SD | 1FTSX20P96EB60757 | $4,391.88 |
| 2008 Chrysler Town & Country | 2A8HR44H88675007 | $3,762.41 |
| 2004 Ford F250SD | 1FTNX21P74EB30150 | $6,386.49 |
| 2005 Ford F2050 SD | 1FTSX21P75EB4183 | $8,189.85 |
| 2003 Chevy Avalanche | 3GNEK13T53G114028 | $2,688.41 |
| 2004 Chevy Silverado | 1GCEK19T94E151673 | $3,593.77 |
| 2000 GMC Yukon XL | 1GKFK16T9YJ101155 | $2,489.15 |
| 2004 Chevy Suburban | 3GNFK16Z64G247256 | $3,499.51 |
| 2000 GMC SIEERA 2500 | 1GTGK29U1YE121838 | $3,821.95 |
| 2006 Ford F550 SD XL | 1FDAF57R26EA14461 | $4,830.62 |
| 2006 Dodge Ram 3500 | 3D3MX48C26G207875 | $15,326.00 |
| 2009 Ford Explorer | 1FMEU74E99UA14361 | $7,749.95 |
| 2001 Ford F350SD | 1FTSW31F61EA83482 | $8,766.92 |
| 2003 Nissan Xterra | 5N1MD28YX3C657768 | $2,235.67 |
| 2011 Ford Ranger | 1FTLR4FE2BPB22852 | $9,820.87 |
| 2007 Ford F350SD | 1FTWW31P67EB37009 | $14,092.35 |
| 2005 GMC Yukon | 1GKEK63U25J234003 | $6,472.09 |
| 2003 Dodge Ram 1500 | 1D7HU18Z83S201594 | $4,843.80 |
| 2006 Ford F250SD | 1FTSW21P86ED80442 | $11,837.51 |
| 2007 GMC Sierra 1500HD | 1GTGK13U37F134019 | $10,518.50 |
| 2015 Nissan Versa | 3N1CE2CP0FL406605 | $8,327.71 |
| 2016 Ford Focus | 1FADP3F22GL26483 | $12,258.37 |
| 2003 Mercedes Benz | WDBNG74J13A359397 | $7,499.18 |
| 2015 Chevy Cruze | 1G1PG55B1F7130075 | $13,321.13 |
| 2001 Chevy Silverado 2500 | 1GCHK23U81F165154 | $5,244.47 |
| 2015 Volkswagen Passat | 1VWAT7A33FC085191 | $13,120.15 |
| 2007 Ford F250SD | 1FTSW20P87EB08072 | $10,247.70 |
| 2008 GMC Sierra | 2GTEK13M781184728 | $9,996.12 |
| 2004 Ford F250SD | 1FTNW21P74EE08029 | $8,577.38 |
| 2008 GMC Sierra 1500 | 2GTEK190381218409 | $10,231.40 |
| 2010 Dodge Ram 1500 | 1D7RV1CT3AS128149 | $15,265.13 |
| 2008 Chevy Impala | 2G1WT58N781283875 | $4,775.96 |
| 2007 Mazda Mazda3 | JIM1BK144171659232 | $3,037.04 |
| | Total: | $257,219.44 |

Western Auto Sales
Westlake floored vehicles

| Vehicle | VIN Ending | Pay Off Amount |
|---------|------------|---------------:|
| 2008 Ford F350D | B39144 | $5,429.00 |
| 2003 Ford F350D | D48874 | $8,397.76 |
| 2016 Ford Fusion | 198705 | $14,625.50 |
| 2016 Hyundai Sonata | 273627 | $13,417.50 |
| 2006 Ford F350D | F350SD | $10,021.84 |
| 2005 Ford F350D | B20668 | $8,666.11 |
| 2008 GMC Acadia | 268029 | $7,881.22 |
| 2006 Ford F250D | C30653 | $4,242.17 |
| 2004 Ford F250D | B49753 | $8,466.32 |
| 2004 Chevy Silverado | 203780 | $8,466.32 |
| 2004 Ford F350D | C75466 | $4,527.59 |
| | **Total:** | **$94,141.33** |